THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN MACKLIN, Appellant. [852 NYS2d 863]—

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [4]). Defendant contends that his waiver of the right to appeal is invalid because, in view of his age and lack of prior criminal history, County Court should have engaged in a more detailed colloquy. We reject that contention. The record establishes that defendant voluntarily, knowingly and intelligently waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]), and the valid waiver encompasses defendant's challenge to the severity of the sentence (*see id.*). Defendant failed to preserve for our review his contention that the court should have afforded him youthful offender status (*see* CPL 470.05 [2]) and, in any event, that contention is encompassed by defendant's waiver of the right to appeal (*see People v Williams*, 37 AD3d 1193 [2007]). Present— Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.